UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe
                Plaintiff,

v.                                         Case No.: 1:22−cv−06105
                                                  Honorable Charles P. Kocoras

The University of Chicago
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 4, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: Telephonic hearing held on the Plaintiff's motion for temporary restraining order [4] as Acting Emergency Judge. Counsel for both parties appeared on the hearing telephonically. Defense counsel was directed to email to the Court's Proposed Order email box (Proposed_Order_Chang@ilnd.uscourts.gov) a list of the cases that he cited; the email has been received. The Court will post an order on the docket later this evening. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.