IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN DOE,

        Plaintiff,

    v.

THE UNIVERSITY OF CHICAGO,

        Defendant.

)
)
)
)
)
)
)
)
)

CIVIL CASE NO. 1:22-cv-06105

JUDGE CHARLES P. KOCORAS

---

## PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

---

Pursuant to Fed. Civ. R. 65(b)(2), Plaintiff John Doe, respectfully requests that this Court extend the Temporary Restraining Order through November 21, 2022. The additional time will allow the parties to continue working towards a resolution of the matter. Counsel for The University of Chicago has agreed to this brief extension.

Respectfully submitted,

**LAW OFFICES OF STEVEN H. FINE**

STEVEN H. FINE
53 W. Jackson Blvd., Suite 1215
Chicago, Illinois 60604-3631
Telephone: (312) 922-0855
steve@sfinelaw.com
ARDC 6224908

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Susan C. Stone*
SUSAN C. STONE (OH 64445)*
KRISTINA W. SUPLER (OH 80609)*
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700

Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com
*Admitted *pro hac vice*

*Counsel for Plaintiff John Doe*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of November 2022, I caused a copy of the **Plaintiff's Motion to Extend Temporary Restraining Order** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

*/s/ Susan C. Stone*
Susan C. Stone